IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEKIA FARMER, : | |
|    Plaintiff : | |
| : | |
| v. : | CIVIL NO. AMD 08-428 |
| : | |
| HOUSING AUTHORITY OF : | |
| BALTIMORE CITY, : | |
|    Defendant : | |

...o0o...

## ORDER and JUDGMENT

For the reasons stated in open court during and after a hearing on this date, the Court found and concluded that plaintiff was deprived of due process in connection with her termination from defendant's subsidized housing program. Accordingly, it is this 26th day of February, 2008, by the United States District Court for the District of Maryland, ORDERED

(1) That the motion to stay, treated as a motion for preliminary and permanent injunction, is GRANTED; and it is further ORDERED

(2) That defendant shall FORTHWITH REINSTATE PLAINTIFF TO THE HOUSING PROGRAM AND IMMEDIATELY MAKE ALL UNPAID PAYMENTS ON HER BEHALF, NUNC PRO TUNC NOVEMBER 1, 2007; and it is further ORDERED

(3) This Order is without prejudice to defendant's decision, if any, to proceed in a procedurally appropriate manner, as detailed on the record, to effect a termination of plaintiff's participation in the program; and it is further ORDERED

(4) The Clerk shall CLOSE THIS CASE.

                                                                                              /s/
                                                                    ANDRE M. DAVIS
                                                                    United States District Judge